UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:08CV-517-S
FILED ELECTRONICALLY

DAFFERE LESLIE                                                              PLAINTIFF

v.                                      **NOTICE OF REMOVAL**

LCA-VISION, INC. d/b/a LASIKPLUS
VISION CENTER, and
JASON GREENBERG, D.O.                                                       DEFENDANTS

\* \* \* \* \* \* \* \*

Defendant, Jason Greenberg, D.O., by counsel, hereby removes to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *Daffere Leslie v. LCA-Vision, Inc., d/b/a Lasikplus Vision Center and Jason B. Greenberg, D.O.*, Civil Action No., 08-CI-008921, which is currently pending in Jefferson Circuit Court in the Commonwealth of Kentucky. As grounds for its removal of the action, defendant states:

1. On August 27, 2008, Daffere Leslie filed a complaint in Jefferson County Circuit Court, Case No., 08-CI-008921. Jason B. Greenberg, D.O. was served with a summons and a copy of the complaint on September 4, 2008. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a).

2. Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 08-CI-008921, a citizen of the State of Indiana.

3. Defendant Jason B. Greenberg, D.O. is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 08-CI-

008921, a citizen of the Commonwealth of Kentucky.

4. Defendant LCA Vision, Inc., d/b/a Lasikplus Vision Center is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 08-CI-008921, to the best of this defendant's knowledge, a corporation organized under the laws of Delaware and having its principal place of business in Cincinnati, Ohio.

5. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that defendant Dr. Greenberg may remove to this court pursuant to 28 U.S.C. 1441(a), as this is an action between citizens of different states.

6. Due to the allegations raised in the complaint attached hereto, defendant believes that plaintiff seeks in excess of $75,000.00 damages, exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after defendant received a copy of plaintiff's complaint on September 4, 2008, as required by 28 U.S.C 1446(b).

8. A copy of this Notice of Removal has been filed with the clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

---

James P. Grohmann
Melissa F. Calabrese
O'BRYAN, BROWN & TONER
455 South Fourth Street
Suite 1500
Louisville, KY 40202
(502) 585-4700
*Counsel for Jason B. Greenberg, D.O.*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was served on this _____ day of September, 2008 to the following:

Hon. Steven M. Frederick
Hon. Jasper D. Ward
700 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
Tel.: (502) 587-2002
Fax: (502) 587-2006
*Counsel for plaintiff*

Hon. Bradley A. Case
Hon. Holly C. Wallace
1400 PNC Plaza
Louisville, KY 40202
Tel: (502) 540-2309
Fax: (502) 585-2207
*Counsel for defendant, LCA-Vision, Inc.*

_____
*Counsel for Jason Greenberg, D.O.*