**<u>Exhibit 1</u>**

No. _____ **08 CI 0 0 8 9 2 1**          JEFFERSON CIRCUIT COURT
                                            DIVISION _____( )

DAFFERE LESLIE                                              PLAINTIFF
8003 Circle Drive
Georgetown, Indiana 47122

v.                         **COMPLAINT**        *JEFFERSON CIRCUIT COURT*
                                                   *DIVISION TEN (10)*

LCA-VISION, INC.                                FILED IN CLERK'S OFFICE
d/b/a LASIKPLUS VISION CENTER
Norton Suburban Medical Plaza 1                      AUG 27 2008
4001 Dutchmans Lane, Suite 5F
Louisville, Kentucky 40207                      DAVID L. NICHOLSON, CLERK
                                                By_____ D.C.
        Serve:  CT Corporation System
                Kentucky Home Life Building
                239 S. Fifth Street
                Louisville, Kentucky 40202

JASON B. GREENBERG, D.O.
1886 Ivanhoe Ct.
Louisville, Kentucky 40205                                 DEFENDANTS

        Plaintiff Daffere Lesie, by counsel, for her Complaint states as follows:

                        **PARTIES & JURISDICTION**

        1.     Plaintiff Daffere Leslie ("Ms. Leslie") is a resident of Indiana.

        2.     The Defendant, LCA-Vision, Inc., d/b/a LasikPlus Vision Center

("LasikPlus") is and was at all times relevant to this Complaint a foreign corporation duly

organized, registered and licensed to do business in the state of Kentucky, and doing

business providing medical and/or optometric services to patients, including Ms. Leslie,

through its employees, agents, ostensible agents and representatives.

        3.     At all times relevant to this Complaint, Defendant Jason B. Greenberg,

D.O., ("Dr. Greenberg") was a resident of Jefferson County, Kentucky and practiced

medicine services in Jefferson County, Kentucky and provided and supplied medical

services to patients, including Ms. Leslie, individually and through his agents, employees, representatives and other health care personnel.

4.     This Court has personal jurisdiction over the Defendants and this is the proper venue because they reside, do business and and/or are employed in Jefferson County, Kentucky, and the claims in this matter arise from events occurring in Jefferson County, Kentucky.   The damages sought exceed the jurisdictional threshold of this Court.

### COUNT ONE: NEGLIGENCE
### (Defendant LasikPlus)

5.     On or about January 27, 2006, in Louisville, Kentucky, LasikPlus entered into a provider-patient relationship with Ms. Leslie through its employees, agents, representatives and ostensible agents.

6.     LasikPlus had a duty to Ms. Leslie to provide her medical care according to the standard of care for a reasonably competent and qualified medical provider through its agents, employees, representatives and ostensible agents.

7.     LasikPlus individually and/or through its agents, representatives and employees, provided and/or failed to provide medical services to Ms. Leslie in such a negligent fashion as to deviate from acceptable standards of medical practice.

8.     As a result of the negligence of LasikPlus, and its agents, representatives and employees, Ms. Leslie has sustained permanent physical and mental injuries, was caused to suffer pain and mental anguish and is reasonably certain to in the future, had her power to labor and earn income destroyed, has lost wages and has incurred medical expense and will incur medical expense in the future, all to her damage and detriment in an amount which exceeds the jurisdictional minimum of this Court.

## COUNT TWO: NEGLIGENCE
### (Defendant Dr. Greenberg)

9.      Plaintiff adopts and incorporates the allegations contained in Paragraphs 1 to 8 above.

10.      On or about January 27, 2006, in Louisville, Kentucky, Dr. Greenberg entered into a physician-patient relationship with Ms. Leslie both individually and through his employees, agents and representatives.

11.      Dr. Greenberg had a duty to Ms. Leslie to provide her medical care according to the standard of care for a reasonably competent and qualified medical professional individually and through his agents, employees, representatives and ostensible agents.

12.      Dr. Greenberg individually and/or through his agents, representatives and employees, provided and/or failed to provide medical services to Ms. Leslie in such a negligent fashion as to deviate from acceptable standards of medical practice.

13.      As a result of the negligence of Dr. Greenberg individually and his agents, representatives and employees, Ms. Leslie has sustained permanent physical and mental injuries, was caused to suffer pain and mental anguish and is reasonably certain to in the future, had her power to labor and earn income destroyed, has lost wages and has incurred medical expense and will incur medical expense in the future, all to her damage and detriment in an amount which exceeds the jurisdictional minimum of this Court.

WHEREFORE, Plaintiff, Daffere Leslie, demands judgment against Defendants, jointly and severally, as follows:

1.  For damages to compensate her for physical and mental pain and suffering, medical expenses, including care for physical and psychological injuries, and all other amounts which will fairly and reasonably compensate Plaintiffs for the damages incurred as a result of the Defendant's negligence in an amount to be determined at trial;

2.  For all costs incurred herein, including a reasonable attorney's fee;

3.  For trial by jury; and

4.  For any and all other relief to which the Plaintiffs may be justly entitled.

Respectfully submitted,

BAHE COOK CANTLEY & JONES PLC

Steven M. Frederick
Jasper D. Ward
700 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
Tel. (502) 587-2002
Fax (502) 587-2006
*COUNSEL FOR PLAINTIFF*

4